**Larry Edward HENDRICKS, Petitioner—Appellant,**

v.

**Henry MCMASTER; State of South Carolina, Respondents— Appellees.**

No. 10–6193.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2010.

Decided: Aug. 11, 2010.

Larry Edward Hendricks, Appellant Pro Se.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Edward Hendricks appeals the district court's orders adopting the recom- mendation of the magistrate judge and denying Hendricks' petition for a writ of audita querela and denying reconsidera- tion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis- trict court. *Hendricks v. McMaster*, No. 3:09–cv–01924–DCN (D.S.C. Sept. 17, 2009; Jan. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argu- ment would not aid the decisional process.

*AFFIRMED.*